## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**UNITED STATES OF AMERICA**

v.  **CRIMINAL NO. 1:18CR157-LG-JCG-1**
**CIVIL NO. 1:22CV173-LG**

**CHARLES KEITH MUELLER**

## FINAL JUDGMENT

For the reasons given in the Order denying Charles Mueller's Letter Motion [56] to Vacate Sentence, which this Court construed as a Section 2255 Motion, the Court hereby enters judgment pursuant to Fed. R. Civ. P. 58.

**IT IS THEREFORE ORDERED AND ADJUDGED** that this case is **DISMISSED**.

**SO ORDERED AND ADJUDGED** this the 27th day of September, 2022.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE